**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse R Meyer, | No. CV-17-00524-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Megan J Brennan, | |
| Defendant. | |

Defendant Megan J. Brennan requests the Court order Plaintiff Jesse R. Meyer appear for examination and testing pursuant to Federal Rule of Civil Procedure 35. Plaintiff did not oppose the request and, therefore, the request will be granted. Plaintiff's failure to attend the examination may result in the imposition of sanctions, including possible dismissal of Plaintiff's claims.

According to Defendant, Plaintiff has not complied with the Scheduling Order regarding the disclosure of her expert witness nor has Plaintiff responded to various communications regarding other discovery matters. If that is accurate, Plaintiff's failure may result in the exclusion of her expert or other types of sanctions. In the future, Plaintiff and her counsel *must* participate in this litigation by complying with applicable deadlines and responding to reasonable requests.

Accordingly,

**IT IS ORDERED** the Motion for Independent Medical Examination of Plaintiff and Extension of Related Deadlines (Doc. 51) is **GRANTED**.

**IT IS FURTHER ORDERED:**

1. Plaintiff shall appear for an independent medical examination before Dr. Jill Hayes, at 2415 East Camelback Road, Suite 700, Phoenix, AZ 85016, on **January 9, 2018**, at 8:30 a.m.;
2. The examination will be a forensic psychologic evaluation and consist of a video and audio recorded interview with Dr. Hayes, followed by written testing involving one or more psychometric tests administered by Dr. Hayes or her assistants;
3. Plaintiff shall attend this examination without her attorney or third party;
4. Rule 35(b) will remain in effect for this examination;
5. Defendant shall pay all costs of this examination;

**IT IS FURTHER ORDERED**:

1. Defendant's deadline to disclose the identity of all persons who may be used at trial to present evidence under FRE 701, 702, 703, 704, or 705 is reset to **February 28, 2018**.
2. The parties' deadline to complete all discovery is reset to **March 15, 2019**.
3. The parties' deadline to supplement all discovery is reset to **April 1, 2019**.
4. The Interim Rule 16 Status Conference is reset to **April 12, 2019 at 11:00 a.m.** A Joint Status Report is due **April 5, 2019**.
5. The parties' deadline for filing dispositive motions is reset to **April 26, 2019**.

Dated this 21st day of December, 2018.

_____
Honorable Roslyn O. Silver
Senior United States District Judge