WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse R Meyer,<br><br>    Plaintiff,<br><br>v.<br><br>Megan J Brennan,<br><br>    Defendant. | No. CV-17-00524-PHX-ROS<br><br>**ORDER** |

Based on the parties' submissions, it appears Defendant has a reasonable basis for seeking summary judgment. Therefore, the status hearing set for January 23, 2020, will be vacated. To the extent Defendant believes she is entitled to sanctions, she shall file a separate motion for sanctions.

Accordingly,

**IT IS ORDERED** the hearing set for **January 23, 2020**, is **VACATED**.

**IT IS FURTHER ORDERED** if Defendant believes sanctions are merited, she shall file a motion no later than **February 21, 2020**.

Dated this 21st day of January, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge