**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse R Meyer, | No. CV-17-00524-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Megan J Brennan, | |
| Defendant. | |

On June 4, 2020, the Court granted Defendant's request to file a dispositive motion of no more than twenty-seven pages. (Doc. 120). On June 12, 2020, Defendant filed a twenty-nine-page dispositive motion. (Doc. 123). There was no explanation why Defendant exceeded the page limits. Plaintiff did not, however, immediately object. Instead, Plaintiff waited until June 26, 2020, to file a "Motion to Strike," arguing Defendant's motion should be summarily denied based on exceeding the authorized page limits. (Doc. 124). That same day, Plaintiff filed a "Motion to Stay" requesting the deadline for her response to the dispositive motion be stayed until the Court resolves the Motion to Strike. (Doc. 125). Plaintiff also filed a motion requesting "an additional 90 days to respond to the pending dispositive motion." (Doc. 126).

Defendant should not have filed a twenty-nine-page motion. But the simplest solution at this point, given Plaintiff's delay in objecting, is for Plaintiff to be allowed to file a twenty-nine-page opposition. The reply will be limited to no more than fifteen pages. This decision means Plaintiff's request to strike or summarily deny Defendant's motion

will be denied and Plaintiff's request to stay this case will be denied as moot. Finally, Plaintiff's request for at least a 90-day extension of time will also be denied.

Throughout this case, Plaintiff and her counsel have caused substantial delays. Those actions mean, at this point, additional extensions of time must be supported by unusual circumstances. And while the current pandemic has presented challenges for the Court and parties, the court system remains operational and written motions in other cases are being filed and resolved. Given the history of this litigation, Plaintiff's counsel has not presented a sufficient basis for granting the lengthy extension of time he seeks. Failure to file an opposition by the due date may result in the imposition of sanctions, including possible dismissal of this case.

Accordingly,

**IT IS ORDERED** the Motion to Strike (Doc. 124), Motion to Stay (Doc. 125), and Motion for Extension of Time (Doc. 126) are **DENIED**.

**IT IS FURTHER ORDERED** the opposition to the Motion to Dismiss and Motion for Summary Judgment shall be no more than twenty-nine pages. The reply in support of that motion shall be no more than fifteen pages.

Dated this 30th day of June, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge